UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KENDRA BURNEY

    VS                                                  CASE NO. 4:17-cv-129-RH-CAS

APALACHEE CENTER INC

**JUDGMENT**

The parties are ordered to comply with their settlement agreement. The court reserves jurisdiction to enforce the order to comply with the settlement agreement. All claims in this case are voluntarily dismissed with prejudice under Federal Rule of Civil Procedure 41.

                                            JESSICA J. LYUBLANOVITS
                                            CLERK OF COURT

August 11, 2017                    s/ Chip Epperson
DATE                                  Deputy Clerk